UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:01-CR-106-1F

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| Devin Lee Cordle | ) | |

On January 21, 2003, Devin Lee Cordle appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 18 U.S.C. §§ 2113(a)&(d) and 2, Armed Bank Robbery and Aiding and Abetting, was sentenced to the custody of the Bureau of Prisons for a term of 84 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Devin Lee Cordle was released from custody and the term of supervised release commenced on October 19, 2007.

From evidence presented at the revocation hearing on December 7, 2011, the court finds as a fact that Devin Lee Cordle, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to refrain from the use of alcohol.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued with the following modifications:

1. The defendant shall adhere to a curfew as directed by the probation officer for the remainder of his supervision. The defendant is restricted to his residence during the curfew hours.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 7th day of December, 2011.

James C. Fox
Senior U.S. District Judge