UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:01-CR-106-1F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Devin Lee Cordle** | ) | |

On January 21, 2003, Devin Lee Cordle appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 18 U.S.C. §§ 2113 (a) & (d) and 2, Armed Bank Robbery and Aiding and Abetting, was sentenced to the custody of the Bureau of Prisons for a term of 84 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Devin Lee Cordle was released from custody and the term of supervised release commenced on October 19, 2007.

From evidence presented at the revocation hearing on January 18, 2012, the court finds as a fact that Devin Lee Cordle, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to follow the instructions of the probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 14 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 18th day of January, 2012.

_____
James C. Fox
Senior U.S. District Judge